# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 05-292 consolidated with 05-291


**DERRITT MATT, JR., ET UX.**

**VERSUS**

**AGRO DISTRIBUTION, LLC, ET AL.**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 75541, DIV. A
HONORABLE ERIC R. HARRINGTON, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


**MARC T. AMY**
**JUDGE**


**\*\*\*\*\*\*\*\*\*\***


Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy, Judges.

**AFFIRMED. ADDITIONAL ATTORNEY'S FEES AWARDED ON APPEAL.**

**Thomas G. Zentner, Jr.**
**Nelson, Zentner, Sartor & Snellings**
**Post Office Box 14420**
**Monroe, LA   71207-4420**
**(318) 388-4454**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
        **Land O'Lakes, Inc.**
        **Agro Distribution, LLC**
        **Agrilliance, LLC**

**Edwin Dunahoe**
**Dunahoe Law Firm**
**Post Office Box 607**
**Natchitoches, LA   71458-0607**
**(318) 352-1999**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
        **Derritt Matt, Jr.**
        **Roxanne Matt**

AMY, Judge.

For the reasons stated in the companion case, *Joseph Matt, et al. v. Agro Distribution, LLC, et al.*, 05-292 (La.App. 3 Cir. 6/1/05), _ So.2d _, the judgment in this consolidated matter is affirmed and a single $6,000.00 award is made to the plaintiffs for attorney's fees on the appeal of this consolidated matter. All costs of this appeal are assigned to the appellants, Land O' Lakes, Agro Distribution, LLC and Agrilliance, LLC.

**AFFIRMED. ADDITIONAL ATTORNEY'S FEES AWARDED ON APPEAL.**